No. 78–5340.  ROSENBERG v. JOINT BAR ASSOCIATION GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 78–5344.  DALE v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 78–5346.  ROMAN v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 78–5348.  STARKEY v. VERMILLION ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 78–5349.  FOSTER v. CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 78–5354.  EDWARDS v. SUPERIOR COURT OF POLK COUNTY, IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 78–5361.  JOHNSON v. HOWARD, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied.

No. 78–5362.  CAMPBELL v. CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 78–5367.  BEASLEY v. JOHN BUIST CHESTER HOSPITAL SCHOOL OF VOCATIONAL NURSING.  C. A. 5th Cir.  Certiorari denied.

No. 78–5376.  BARBER v. KIMBRELL'S, INC., ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 78–5378.  POSTON ET AL. v. HIGH POINT BANK & TRUST CO.  C. A. 4th Cir.  Certiorari denied.